# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D17-2855

—————————————————

RICHARD W. HEAGNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

June 20, 2018

PER CURIAM.

AFFIRMED.

WOLF, JAY, and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Richard W. Heagney, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.